


R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**Plaintiff(s):** DEVALIUS MCDONALD

**Defendant(s):** PATRICK B. PEREZ, etc.

**County of Residence:** KANE

**County of Residence:**

**Plaintiff's Address:**
DeValius McDonald
#055990
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL 61034

**Defendant's Attorney:**

**FILED**
JAN - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**08CV0038
JUDGE BUCKLO
MAG. JUDGE KEYS**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *Q. E. Woodham*   **Date:** 01/03/2008
Bucklo   07C7221
Keys