FILED

FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff's new address is 8107 So. Langley, Chicago, IL 60619 (773) 224-7049. Plaintiff is at this time is still indigent.

Case number   07C 7221
Judge         Elaine E. Bucklo
Magistrate    Judge Keys
Case title    DeValius McDonald -vs- Dr. Kim

Case number   08C 0155
Judge         Conlon
Magistrate    Judge Valdez
Case title    DeValius McDonald -vs- SPC

Case number   08C 0038
Judge         Elaine E. Bucklo
Magistrate    Judge Keys
Case title    DeValius McDonald -vs- Patrick B. Perez, etc.