**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JAN 0 2 2008

DeValius McDonald

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Patrick B. Perez

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV0038**
**JUDGE BUCKLO**
**MAG. JUDGE KEYS**

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A.  Name: DeValius McDonald

  B.  List all aliases: none

  C.  Prisoner identification number: 055990

  D.  Place of present confinement: Kane County Jail

  E.  Address: 777 East Fabyan Parkway, Geneva, IL 60134

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A.  Defendant: Patrick B. Perez

  Title: Sheriff

  Place of Employment: Kane County Jail

  B.  Defendant: _____

  Title: _____

  Place of Employment: _____

  C.  Defendant: _____

  Title: _____

  Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____
_____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D.    List all defendants: _____
_____
_____
_____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____
_____

    G.    Basic claim made:_____
_____
_____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been detained since July 26, 2007 at Kane County Jail. Razors (Exhibit A) provided to detainees of Kane County Jail are dangerous due to their improper design. The handle is small and cumbersome to hold securely. It slips and slides from the grip of fingers when wet, causing self mutilation. Profuse bleeding from cuts and lacerations to scalp and skin of face are the norm. Shaving soap is not provided as required by Illinois County Jail Standards. Correctional Officers when asked, rudely replie, "Use water or whatever!" Detainees are not able to shave daily due to large scabs and sores that form. Shaving is painful and bloody and violates this Detainees 8th and 14th Amend. rights. (Exhibit B)

Extreme overcrowding subjects detainees to unhealthy levels of physical inactivity and mental stress. 16 hrs. a day detainees sit and sleep on cold hard floors without blankets or sheets for protection. One must stepover people to move from one cramped area to another. Recreation areas have been converted to detaining areas. No recreation or leisure activities exist. Tension

4

levels are at extremes (which execrates my hypertension illness) and physical and mental states are deteriorating below levels that existed before **detention**. I inhabit a one man cell with two men in it. With a mattress on floor there is only 4 square feet of unoccupied space to move around in. In the dark we stumble over each other to use the toilet, cold water doesn't work. Cell block is designed for 10, but 20 people are crammed in. Day room only seats 10, the other 10, for 16 continuous hrs. sit or lie upon cold floors. Ventilation, toilet, shower and drinking facilities are inadqvate, tempertures vary. Sheriff Patrick B. Perez knowing detainees where abouts when transported to another jail continually returns mail back to sender. My mail should have been forwarded to places where he sent me. His actions has caused me legal and finacial hardships as well as forcing senders to spend extra postage to remail items. Some correspondences have been lost, for example my mother recieved an empty stamped enevelope from me. I asked Sgt. Norris about this, he replied that it might have become lost during the scanning of mail and I should rewrite my letter or just forget it. He then became angry and told me to get back into my cell block. Sheriff Patrick B. Perez knowingly and willingly violated this detainee's Constitutional rights, Illinois County Jail Standards and tampering with



Exhibit A

USA
SPC
Patent pend

Color: orange

Type: Single blade

FRONT VIEW    LEFT SIDE VIEW

Thumb (Index Finger other side)

Handle

Drawings Actual Size

Razor provided by Sheriff Patrick B. Perez.

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**SHERIFF'S DEPARTMENT
KANE COUNTY**

DATE 12-15-07  LOCATION 3c1

TO Lt. Woodruf  BOOKING # 055970

REASON Lt Woodruf in Cell Block 3c1. We are severly overcrowed, in the space for 10 people we have twenty. There are only 10 beds rest of us are on the floor. The floor is ice cold. We should be allowed to use our blankets. We need protection from the cold hard floor. Please help, I would like _____

(SIGNATURE)

RESPONSE

(SIGNATURE)

**INMATES REQUEST**

INMATE'S NAME DeValvis McDonald

01/07REV

Exhibt B

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

the U.S. Mail. I ask that Sheriff Patrick B. Perez be investigated for Mail violations and relief in the sum of $69,000.00.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21 day of Dec, 20 07

_____
(Signature of plaintiff or plaintiffs)

DeValius McDonald
(Print name)

055990
(I.D. Number)

Kane County Jail 301
777 East Fabyan Parkway
Geneva, IL 60134
(Address)