IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DeValius McDonald, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 0038 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| Patrick B. Perez, Sheriff, | ) | |
| | ) | |
| Defendant. | ) | |

### Notice of Filing Answer and Affirmative Defense

To:   DeValius McDonald
      8107 South Langley
      Chicago, IL 60619

Please take notice that on May 5, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Answer and Affirmative Defense of Kane County Sheriff Patrick B. Perez, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document to be served upon the above named party by addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, on May 5, 2008.

/s/ Joseph F. Lulves
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008