# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 38 | **DATE** | 5/16/2008 |
| **CASE TITLE** | DeValius McDonald vs. Perez | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/17/2008 at 9:30a.m. The Court has been informed that Plaintiff is no longer incarcerated. Plaintiff is accordingly ordered to appear at the status hearing set for 6/17/2008 at 9:30a.m. At that time, the Court will establish a schedule for Plaintiff to pay the filing fee. If Plaintiff does not appear, this case will be dismissed for want of prosecution.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SLB |
|---|---|---|