# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 38 | **DATE** | 6/17/2008 |
| **CASE TITLE** | DeValius McDonald vs. Patrick B. Perez | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/17/2008. Plaintiff, DeValius McDonald did not appear. This case is hereby dismissed for failure to prosecute. Terminating case.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|